RE: 14-00203-CV

TRIAL COURT CASE: 12-1808-D

IN THE MATTER OF

THE MARRIAGE OF

LINDA C. TATE

AND

LARRY DONELL REDDIC SR.



FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 15 2015

CATHY S. LUSK, CLERK

## MOTION FOR LEAVE TO FILE ANSWER

**TO THE HONORABLE TWELFTH COURT OF APPEALS**

NOW COMES Appellant Linda C. Tate (pro se, with a head injury, limited disabilities ask the Courts to forgive if not in proper form) brings this Motion for Leave to File Answer in support to show the Courts the following reason to be Granted:

On 6/27/2012

   a.  The suit for this trial court case 12-1808-D was filed on June 27, 2012 by Appellant Linda C. Tate in pursuit of the required dissolution in the 13 of 19 year Marriage (Now) of Linda C. Tate and Appellee Larry Donell Reddic Sr. at the advice of the Social Security Administration. IRS Code 6013 Section Publication 501. TFC 2.401

   b.  Linda C. Tate states that husband abandoned their 11 year marriage of 17 (then). Husband left and disappeared after leaving the residence in Winona, Texas. TFC 6.005

   c.  Weeks later Linda C. Tate heard that husband Larry Donell Reddic Sr. stood in a church house with a woman he met off the internet saying "he do", he do what? Without divorcing through the judicial system like the IRS and the Social Security Administration and Law says must do. TFC 6.202, Tex. R. Civ. P. 504a(4)(c) Section 25.01 Penal Code

On 7/11/2012

1

(1) Linda C. Tate hired counsel Fletcher

   a. Counsel was given on 1st day of hire over 100+ documents retrieved from home in Winona, Texas, mostly High Seals of Authority documentations due to her being a US Veteran and husband being an employee of the State of Texas.

   b. The 100+ documents given day of hire were expected to be filed with the courts in case of fire, lost, or destroyed. Today technology of e-file filing can be done from an office.

   c. Linda C. Tate hired counsel to dissolve marriage and protect her interest in her community assets.

   d. Counsels of Linda C. Tate after 18 months recently found and unaware of three (3) Scheduled Orders. Linda C. Tate was only informed by counsel of the missed 4/16/2013 and 1/14/14 Scheduling Orders. She wasn't or had no knowledge of the Scheduling Order 8/20/2013. See Scheduling Orders of trial court case 12-1808-D

   e. $18,800 paid by Linda C. Tate to her counsel from 7/2012-12/2013, although counsel wanted/demanded an additional $15,000 (requested by lead counsel) by 12/16/2013, and (co-counsel requested) an additional $25,000 if there was a need to go to trial which was weeks away on 1/14/14.

   f. Counsels stated to Linda C. Tate if they didn't get the requested excessive amount they would have to walk off the case. $40,000 in weeks of trial. Linda C. Tate did give co-counsel the $500 that her son had sent her from overseas at war for Christmas in hope that he would stay on the case.

   g. Linda C. Tate could not meet neither request she being disabled and on a fixed income.

   h. Linda C. Tate has <u>Borrowed Out</u> from a lot of people regarding this case and to find out key evidence (Texas State 2002 employee tax statement with Winona, Texas 75792 on it) was being held from client.

   i. Once the return of the 100+ given evidence on 12/23/2013 from Fletcher, she later found going through everything I found the Texas State W-2 away from its original presentation on the next to the last page in Linda C. Tate's Deposition that was held 7/16/2013 as if hidden.

   j. Knowing that Larry Donell Reddic Sr. had to produce the Texas State 2002 employee tax statement with its original presentation during request of production, what Linda C. Tate wants to know is how long her counsel Fletcher had that information that had been hid from client.

   k. The Internal Revenue Service Code 6013 Publication 501, Orders of the Court and their Authority has been disregarded, laws and Rules by counsels, TFC 2.401, Social Security Administration and the Law.

2

## On 7/16-17/2013

a. Oral Depositions through the Orders of the Court was taken Under Oath of Linda C. Tate and Larry Donell Reddic Sr.

## On 12/18/2013

(3). The Discovery Completion Order was to be complied by 12/18/2013. Linda C. Tate still had legal counsels on 12/18/2013. The Final Mediation Order was also on 12/18/2013. See Scheduling Order for 3rd Setting of 1/14/2014.

a. Husband counsel Tina Brumbelow knew Linda C. Tate still had counsel
b. Lead counsel of Linda C. Tate withdrew on 1/6/2014
c. Co-counsel of Linda C. Tate withdrew on 1/8/2014
d. No Notice or Motion to the Courts for the noncompliance of Scheduling Order in the Discovery Completion on 12/18/2013 was ever entered by Tina Brumbelow. The Motion for NO Evidence Summary Judgment should have went to hired counsels of Linda C. Tate based on time frame, still had hired counsels.

1. The Final Mediation Order was also on 12/18/13 to be held at (Appointed Mediator) Beau Sinclaire Law Office, located at 400 Broadway Ave., Tyler, Texas 75702
2. Neither counsel, Tina Brumbelow, Fletcher, Healy or Larry Donell Reddic Sr. complied to the Courts Order on 12/18/2014
3. Tina Brumbelow, did not tell Judge Carole Clark about her noncompliance of the Scheduling Order for the Final Mediation also on 12/18/2013 held at (Appointed Mediator) Beau Sinclaire Law Office, 400 Broadway Ave., Tyler, Texas 75702. Neither counsel nor Larry Donell Reddic Sr. Complied with any of the Scheduling Orders on 12/18/2013.
4. Linda C. Tate was the only one showed appearance for the Scheduling Order for the Final Mediation on 12/18/13. She had no knowledge of the Discovery Completion compliance at all.
5. Mr. Sinclaire stated to Linda C. Tate that he had been waiting on counsels Brumbelow and Fletcher and Healy to contact him to confirm their appearance of Order but no contact was made by either counsel on the Order of the Courts.

3

## On 12/23/2013

a. Linda C. Tate received in the return of most of the 100+ documents given to counsel 1st day of hire to be filed and presented to court, the proof to the existence of 13 year Marriage of 19 in order to achieve the dissolution in such matter.

b. Upon the review of returned items witnesses statements and photos were not returned and Leslie lead counsel of Linda C. Tate's assistance said she would call once found but to this day no call or notice

c. Linda C. Tate found the Texas State 2002 W-2 employee tax statement of Larry Donell Reddic Sr. that he produced in discovery (key document) that had Linda C. Tate's residence address of 16397 CR 363, Winona, Texas 75792 on it.

d. Husband Larry Donell Reddic Sr. stated under oath in the Court Ordered Deposition held on 7/17/2013 that he never lived at 16397 CR 363 Winona, Texas 75792, stated that he never received mail there. That 2002 is the attachment to their signed return filed with The Internal Revenue Service under the status "Married Filing Joint". Copy of the original filed with attachments. Linda C. Tate had a copy of 2002 tax return but no attachments.

## On 1/6/2014

a. Linda C. Tate lead counsel withdrew from trial court case 12-1808-D.

## On 1/8/2014

a. Pre-trial... six (6) days of Scheduled trial on 1/14/14.

b. Co-counsel withdrew from trial court case 12-1808-D.

c. Linda C. Tate officially became Pro Se.

d. Linda C. Tate filed the 100+ documents of High Seals of Authority from State of Texas, US Department of Treasury Internal Revenue Service, Veterans Affairs, Social Security Administration, Texas State Office of Attorney General, Texas Department of Public Safety, Texas Rehabilitation Commission, Texas State Troopers Association, Pre-filed sealed documents, Notarized witness statements, copies of pages of deposition under oath with responses to perjury of husband were among the filings on 1/8/2014. Tex. R. Civ. P. 902

e. Linda C. Tate prepared three (3) black binders for the Courts (which she filed), three (3) for husband's counsel Tina Brumbelow and three (3) for herself.

f. Linda C. Tate tried to give Brumbelow her three (3) binders but her office refused Linda C. Tate from bringing her the copies to her office which is a block from Smith County Court House.

4

g. Linda C. Tate waited for Tina Brumbelow's approval outside Smith County Court House for hours to take her the binders but she never did and the sleet was beginning to fall is why she went back and file the 3 for the Courts

## On 1/14/2014

a. Trial date of Third (3rd) Setting of trial court case 12-1808-D

## On 2/14/2014

a. TWO MONTHS LATER, Husband's counsel Tina Brumbelow filed a Motion for No Evidence Summary Judgment against Linda C. Tate according to Motion for the noncompliance to the Scheduling Orders of the 321st Dist. Court on 12/18/2013.

b. The Discovery Completion Order was to be complied by 12/18/13 when Linda C. Tate had legal counsel Fletcher and Healy.

c. This Motion is days from being two months after the noncompliance of the order on 12/18/2013 and should have been place on Fletcher and Healy counsels of noncompliance to the order before their withdrawal dates of 1/6/2014 and 1/8/2014.

d. "Judicial Bullying" attack on pro se litigant, with comprehension limitations (now), disabled spouse seeking for her rightful entitlements according to Law

## On 2/19/2014

a. Linda C. Tate sent certified via return receipt from the USPS to husband counsel Tina Brumbelowon 2/19/2014. The three (3) black binders that Linda C. Tate had been trying to get to her after she avoided every attempt from Linda C. Tate. Receipt Return shows Tina Brumbelow received the three(3) black binders and a letter stating to Brumblow about the filing of Linda C. Tate on 1/8/2014 on 2/20/2014 USPS recording.

## On 3/10/2014

a. The No Evidence Summary Judgment Hearing held at the 321st District Court. This Motion should have not been allowed before the Courts on the grounds of Entrapment

b. There were filing of 100+ documents mostly of High Seals of Authority filed by Linda C. Tate on 1/8/2014 but was denied during NESJ because Judge Carole Clark stated that all three (3) binders of High Seals of Authority given to Court, taken into 321st Dist. Court possession, returned back to her at a later date of 1/14/2014 by 321st Dist. Court clerk Sara clerk were not accepted into the Courts because of an affidavit. Tex. R. Civ. P. 901a(7), Rule 902(1)(2)(4)(5)(8)(10)(11)

c. In the trial court case: 12-1808-D Index Discovery Document No. 236 posted-ins by Court clerk Sara stated that "Mrs. Reddic filed a lot of exhibits along with her divorce decree but not on docket)-Sara-(was on this morning docket on 1/8/2014.

d. Judge Carole Clark asked Linda C. Tate did she "respond", to the Motion for No Evidence Summary Judgment, she stated "No". Linda C. Tate wasn't aware of which one the response was addressed to, The Courts or Tina Brumbelow counsel for her husband Larry Donell Reddic Sr. Linda C. Tate having a head injury her processing ability is somewhat limited. Tex. R. Civ. P. 902(1)(2)(4)(5)(8)(11), Rule 705(a), Rule 801e(3), Rule 503

e. Linda C. Tate did send the filing by her on 1/8/2014 to Tina Brumbelow on 2/19/2014 by USPS certified return receipt on 2/20/2014.

f. Linda C. Tate mistake was thinking the filing of 1/8/2014 had been recorded after given back and the filing was okay to be presented before the Courts.

g. She didn't understand what the Judge was talking about or who she was referring to. She do know that she filed on 1/8/2014 and sent Tina Brumbelow her copies (3) black binders on 2/19/2014 by certified return receipt.

h. Final Judgment Entry for the Motion for No Evidence Summary Judgment was entered in husband Larry Donell Reddic Sr.'s favor but violates TFC 2.401. Tex. R. Civ. P. 166a(i), IRS Code 6013 Section 501 Publication

## On April 2014

a. Linda C. Tate's son of 18 months of war overseas hired Allen Law Firm of Dallas Texas for his mother to assist in the needed dissolution in her 13 year marriage of 19 to Larry Donell Reddic Sr.

## On 5/30/2014

b. Allen to ask the Courts to grant Linda C. Tate a New Trial, Motion to Reconsider No Evidence Summary Judgment, Motion to Leave to File Answer, Motion for Expedite Hearing before June 3, 2013

c. Upon Allen's request to the courts she sent all the filing of requested Motions to Larry Reddic Sr. served by authorized server as required by law.

d. Because of the request of Linda C. Tate, Tina Brumbelow at Larry Donell Reddic Sr.'s request to file a Sanction against Cynthia Allen and Linda C. Tate for requesting the Motions to the Courts that was presented only in the pursuit of Justice and Law, not to harass or cause increase in cost of husband.

## On 6/3/2014

The Final Judgment on Motions for New Trial, Motion to Reconsider No Evidence Summary Judgment, Motion to Leave to File Answer, Motion for Expedite Hearing before June 3, 2014 and the Sanction against Linda C. Tate and Cynthia Allen counsel for Linda C. Tate filed by Larry Donell Reddic Sr.'s counsel, T. Brumbelow at his request in trial case number: 12-1808-D was entered on 6/3/2014.

    a. Tina Brumbelow stated to Judge Carole Clark that Linda C. Tate and Allen request was frivolous in seeking Justice

    b. Tina Brumbelow stated to Judge Carole Clark that Linda C. Tate and her counsel had husband Larry Donell Reddic Sr. properly served by an authorized server was in violation because they knew she was Larry Donell Reddic Sr's counsel

    c. Judgment Entry for trial court case: 12-1808-D was entered on 3/10/2014

    d. There was No Notice of Appearance of Tina Brumbelow to the Courts after Judgment Entry of 3/10/2014 according to 321st Dist. Court Coordinator Vicki Dunn

    e. According to the Discovery Document Filed on 11/21/2012 of Larry Reddic Sr.'s Response to Linda Tate's Rule 194 Request for Disclosure on page 12, question #4 states " attorney fees with cease to accrue when the final judgment entry is entered in this matter" which was on 3/10/2014

    f. Linda C. Tate and counsel had every right to serve Larry Donell Reddic Sr. as required by Law.

## On 7/3/2014

Linda C. Tate went to the 321st District Court, Smith County, Texas on 7/3/2014 to file appeal with the courts at 4:32p.m.

    a. Two Smith County Deputies denied Linda C. Tate entry into the Smith County Court House because everyone had gone home they stated to her due to the observance of Independence Day on Friday 7/4/2014 they said.

    b. Closure hours of Smith County Courts were on normal Business Hours 8-5pm for 7/3/2014. Most employees left early.

    c. Linda C. Tate did not know the Courts would be closing early before 5:00 pm. on 7/3/2014. Some employees were still there, only a few cars around the Court house It wasn't 5:00 p.m. Linda C. Tate had over twenty-five minutes to file her appeal according to the scheduled closing time of the Smith County Court House at 5:00p.m.

    d. She sat outside of the Court House with Smith County's newest hired clerk of the 321st as she waits for her ride.

## On 7/72014

Linda C. Tate had to wait to file her Appeal to the 321st District Court on Monday 7/7/2014.

a. The Smith County library clerk stated to Linda C. Tate "that she stayed until 5:00p.m.Thursday 7/3/2014 nor was she aware of everyone above her had left early for the day on 7/3/2014, they never tell her anything" when asked about closing hours on 7/3/14.

b. Linda C. Tate, have tried within her due diligence to do her best being pro se with learning disability due to head injury and lack of knowledge in the civil procedure.

c. Never has she intentionally neglected any process in this proceeding in pursuit of justice which has consumed her daily life since 2012 along with health issues.

## FACTS

1. Linda C. Tate filed the petition for the divorce on 6/27/2012 at the advice of the Social Security Administration Regional Manager of the Texas Northeastern Div. on 6/26/2012.

2. Linda C. Tate could have taken the same document the 2002 joint tax return of Larry Donell Reddic Sr. and Linda C. Tate given to her from the Internal Revenue Service Office and presented it into the courts herself.

3. Federal and State laws requires the lawful termination of the marriage it should be finalized.

4. Linda C. Tate hired counsel to protect and stop the abuse against her interest in their community property in the dissolution of marriage but received neither.

5. The request of more extreme excessive amounts of monies is what Linda C. Tate has received from hired counsel Fletcher.

6. Linda C. Tate paid $28,800 total in pursuit of Justice and Law regarding the required by law dissolution of Marriage in this Matter which shows that Fraud with the intent to delay justice has consumed this case.

7. The Texas Family Code 2.401, The internal Revenue Service Code 6013 Section 501 Publication status filing "Married Filing Joint", the Social Security Administration also states a divorce from the legal judicial system is needed.

8. Linda C. Tate had to become an attorney,
   a. go through all filings of 18 months,
   b. prepare a case with no information for former counsels on what they didn't do,
   c. know the Rules of Civil Procedure in two months,
   d. know everything licensed attorneys with years of schooling don't know about the procedures required
   e. I am only a disabled wife with a head injury trying to seek justice and the relief in the dissolution of the marriage between Linda C. Tate and Larry Donell Reddic Sr.

   According to the TFC 2.401,
   a. Agreed to be married

8

b. Co-habitation

c. Holding out

Internal Revenue Service Code 6013 Publication 501 on status "Married Filing Joint" states that when couples file under the status of "Married Filing Joint" they are agreeing that they are legally married and all information is accurate and both must sign. As husband and wife they did so for years. Social Security Administration warns that Linda C. Tate and Larry Donell Reddic Sr. must divorce and if Linda C. Tate choose to commit bigamy like husband she too would be guilty of the same, also they would have to have a copy of the top page of the divorce decree in order to terminate the marriage between Linda C. Tate and Larry Donell Reddic Sr. out their system.

**APPELLANT, LINDA C. TATE**, prays that this Honorable Court will grant this Motion as a Matter of Law and Justice.

Respectfully submitted,

LINDA C. TATE-PRO-SE

16397 CR 363

WINONA, TEXAS 75792

(903) 312-7446

Email: lindatate82@gmail.com

**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on January 15, 2015.

Linda C. Tate, Pro Se

# Payment Receipt

**Healy Law Offices, P.C.**
113 E. Houston St.
Tyler, TX 75702-8130

**Received From:**
Tate-Reddick, Linda
Tate, Linda

| **Date Received** | 12/16/13 | **Payment Amount** | $500.00 |
| **Payment Method** | Check | | |
| **Check/Ref. No.** | 1301 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
| --- | --- | --- |
| 07/18/13 | 2013-303 | -$500.00 |

*L. Reddic Exhibits 95F*

CAUSE NO. 12-1808-D

*Linda C Tate-Reddic*

§
§
§

vs.

§
§

*Larry D. Reddic Sr*

§
§

IN THE DISTRICT COURT

321ST JUDICIAL DISTRICT

SMITH COUNTY, TEXAS

## SCHEDULING ORDER

Based on the information available to the Court, the following scheduling order shall apply to this case unless modified by the Court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

THIS CASE IS DESIGNATED LEVEL _____.

1. __3-20-13__ DISCOVERY COMPLETED BY THIS DATE -- Attorneys may by agreement extend discovery; however, the trial date shall remain firm.

2. __3-20-13__ MEDIATION AND SETTLEMENT CONFERENCE COMPILED BY THIS DATE -- If the case involved a Parent-Child Relationship, "PUTTING KIDS FIRST" MUST BE COMPLETED BY THIS DATE. Also, if custody is an issue a full day of mediation is required.

3. __2-13-13__ STATUS CONFERENCE will be held at __9:30__ O'clock _____.M.

4. __4-10-13__ PRETRIAL CONFERENCE will be held at __9:30__ O'clock __A__.M. Trial counsel are ORDERED to attend and be prepared to discuss all contested aspects of the suit and trial.

5. __4-16-13__ FINAL TRIAL will be held at __9:30__ O'clock __A__.M.

6. Absent agreement, __Karen Hughes__ is appointed mediator in this case. You must contact said mediator by _____.

SIGNED AND ENTERED on this the __14__ day of __Dec 2012__

*Nathie Fletcher*
*Tina Brumfield*

_____
JUDGE PRESIDING

CAUSE NO. _12-1808-D_

_Linda C. Tate-Reddic_ §

§ IN THE DISTRICT COURT

VS. § 321ST JUDICIAL DISTRICT

_Larry D. Reddic Sr._ §

§ SMITH COUNTY, TEXAS

## SCHEDULING ORDER

Based on the information available to the Court, the following scheduling order shall apply to this case unless modified by the Court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

THIS CASE IS DESIGNATED LEVEL _____.

1. _____ DISCOVERY COMPLETED BY THIS DATE -- Attorneys may by agreement extend discovery, however, the trial date shall remain firm.

2. _____ MEDIATION AND SETTLEMENT CONFERENCE COMPILED BY THIS DATE -- If the case involved a Parent-Child Relationship, "PUTTING KIDS FIRST" MUST BE COMPLETED BY THIS DATE. Also, if custody is an issue a full day of mediation is required.

3. _____ STATUS CONFERENCE will be held at _____ O'clock _____ .M.

4. _Aug 14, 2013_ PRETRIAL CONFERENCE will be held at _9:30_ O'clock _A_ .M. Trial counsel are ORDERED to attend and be prepared to discuss all contested aspects of the suit and trial.

5. _Aug 20, 2013_ FINAL TRIAL will be held at _9:30_ O'clock _A_ .M.
_Aug 21, 2013_
_22, 2013_

6. Absent agreement, _____ is appointed mediator in this case. You must contact said mediator by _____.

SIGNED AND ENTERED on this the _10_ day of _April, 2013_

_Nadine Fletcher_
_Sean Healy - co counsel_
_Tina Brumbelow_

_____
JUDGE PRESIDING

CAUSE NO. 12-1808-D

Linda C. Tate-Reddie

VS.

Larry D. Reddie Sr.

§
§
§
§
§
§
§

IN THE DISTRICT COURT

321ST JUDICIAL DISTRICT

SMITH COUNTY, TEXAS

## SCHEDULING ORDER

*Based on the information available to the Court, the following scheduling order shall apply to this case unless modified by the Court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.*

THIS CASE IS DESIGNATED LEVEL _____.

*noncompliance by all counsels*

1. Dec. 18, 2013 DISCOVERY COMPLETED BY THIS DATE -- Attorneys may by agreement extend discovery; however, the trial date shall remain firm.

2. Dec. 18, 2013 MEDIATION AND SETTLEMENT CONFERENCE COMPILED BY THIS DATE -- If the case involved a Parent-Child Relationship, "PUTTING KIDS FIRST" MUST BE COMPLETED BY THIS DATE. Also, if custody is an issue a full day of mediation is required.

3. Nov. 13, 2013 STATUS CONFERENCE will be held at 9:30 O'clock _____A_____ .M.

4. Jan 8, 2013 PRETRIAL CONFERENCE will be held at 9:30 O'clock _____A_____ .M. Trial counsel are ORDERED to attend and be prepared to discuss all contested aspects of the suit and trial.

5. Jan 14, 2013 FINAL TRIAL will be held at 9:30 O'clock ____A____ .M.

6. Absent agreement, Beau Sinclair is appointed mediator in this case. You must contact said mediator by Dec. 18, 2013 .

SIGNED AND ENTERED on this the ____17____ day of September 2013

Natlie Fletcher
Sean Healy - co-counsel
Tina Brumbelow

_____
JUDGE PRESIDING

## NO. 12-1808-D

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | 321ST JUDICIAL DISTRICT |
| LINDA C. TATE | § | |
| AND | § | |
| LARRY REDDIC, SR. | § | SMITH COUNTY, TEXAS |

## INDEX – PLEADINGS

| NO. | Date | Document |
|---|---|---|
| 1. | 06/27/2012 | Petitioner's Original Petition for Divorce – *Linda* |
| 2. | 06/27/2012 | Civil Case Information (do not have) – *Linda* |
| 3. | 06/27/2012 | Citation Issued (do not have) – *Linda* |
| 4. | 07/05/2012 | Respondent's Original Answer |
| 5. | 07/06/2012 | Citation Returned Served (do not have) |
| 6. | 09/28/2012 | Appearance (do not have) |
| 7. | 11/15/2012 | Rule 11 Agreement (do not have) |
| 8. | 12/07/2012 | Motion (do not have) |
| 9. | 12/14/2012 | Scheduling Order |
| 10. | 02/13/2013 | Letter (do not have) |
| 11. | 03/15/2013 | Request for Jury Trial (do not have) |
| 12. | 04/03/2013 | Motion for Continuance (do not have) \ *Fletcher* |
| 13. | 04/08/2013 | Motion for Continuance (do not have) / *Brumbelow* |
| 14. | 04/10/2013 | Scheduling Order ( do not have) |
| 15. | 05/10/2013 | Mediation Letter (do not have) |
| 16. | 06/28/2013 | Petitioner's 1st Amended Petition for Divorce |
| 17. | 08/06/2013 | Joint Motion for Continuance – *Fletcher* |
| 18. | 09/17/2013 | Scheduling Order |
| 19. | 09/18/2013 | Letter (do not have) |
| 20. | 12/23/2013 | Motion to Withdraw (do not have) – *Fletcher* |
| 21. | 12/27/2013 | Motion for Continuance (do not have) |
| 22. | 01/03/2014 | Docket (do not have) |
| 23. | 01/06/2014 | Order to Withdraw (do not have) – *Fletcher* |
| 24. | 01/08/2014 | Docket Sheet (do not have) |
| 25. | 01/08/2014 | Motion to Withdraw (do not have) – *Healy Counsel* |
| 26. | 01/08/2014 | Order to Withdraw (do not have) – *Healy - Co Counsel* |

In the Matter of the Marriage of Linda C. Tate and Larry Reddic, Sr. – No. 12-1808-D

| Petitioner | Respondent | Joint Docs | Court | Unidenfied Party |
|---|---|---|---|---|
| | | | | |

| 27. | 01/08/2014 | Petitioner's Judgment Entry Decree of Divorce (not on docket) |
|-----|-----------|--------------------------------------------------------------|
| 28. | 01/14/2014 | Notice of Setting – Jury Trial (3/11/2014) |
| 29. | 02/14/2014 | Respondent's Motion for No Evidence Summary Judgment |
| 30. | 02/14/2014 | Respondent's (Order Setting Hearing on Motion for No Evidence Summary Judgment) |
| 31. | 03/11/2014 | Court's Events and Orders of the Court |
| 32. | 04/09/2014 | Petitioner's Motion for New Trial |
| 33. | 04/09/2014 | Petitioner's Motion for Leave to File Answer and to Reconsider Motion for No Evidence Summary Judgment |
| 34. | 04/10/2014 | Petitioner's Correspondence to Court requesting Hearing Date |
| 35. | 04/14/0214 | Petitioner's Notice of Hearing (Motion for Leave to File Answer and to Reconsider Motion for No Evidence Summary Judgment) |
| 36. | 04/15/2014 | Petitioner's (Attorney Cynthia Woolen Allen's Notice of Vacation or Unavailable Dates) |
| 37. | 05/12/2014 | Petitioner's (Attorney Darlene Darensburg Notice of Vacation or Unavailable Dates) |
| 38. | 05/13/2014 | Petitioner's Motion to Set Aside Final Judgment on No Evidence Motion Summary Judgment Pursuant to TX Rules of Civil Procedure 306(a)(3)(4) and Request for Expedited Hearing Prior to June 3, 2014 |
| 39. | 05/14/2014 | Citation Return – Service on Larry Reddic |
| 40. | 05/30/2014 | Larry Reddic's Motion for Sanctions |
| 41. | 06/02/2014 | Petitioner's Response to Motion for Sanctions |

42. 6/3/2014 (Amended Motion 4 sanctions)

In the Matter of the Marriage of Linda C. Tate and Larry Reddic, Sr. – No. 12-1808-D

| Petitioner | Respondent | Joint Docs | Court | Unidenfied Party |
|-----------|-----------|-----------|-------|------------------|
|  |  |  |  |  |

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| LINDA C. TATE | § | 321ST JUDICIAL DISTRICT |
| AND | § | |
| LARRY REDDIC, SR. | § | SMITH COUNTY, TEXAS |

## LARRY DONNELL REDDIC SR.'S RESPONSES TO LINDA C. TATE'S RULE 194 REQUESTS FOR DISCLOSURE

To:    Linda C. Tate, by and through her attorney of record, Natalie Fletcher.

In accordance with the Texas Rules of Civil Procedure, Larry Donnell Reddic Sr. serves the written Responses to Rule 194 Requests for Disclosure pursuant to Rule 194 of the Texas Rules of Civil Procedure on the party named above.

Tina High Brumbelow
P.O. Box 7677
Tyler, TX 75711-7677
Tel: (903) 533-1339
Fax: (903) 592-6684
*tina@brumbelowlaw.com*

Tina High Brumbelow; State Bar No. 24031890
Attorney for Larry Donnell Reddic Sr.

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on November 21, 2012.

Tina High Brumbelow

6.     the nature and length of the professional relationship with the client; and

7.     the experience, reputation, and ability of the lawyer or lawyers performing the services.

Further, Larry Donnell Reddic Sr. may rely upon any and all legal theories and, in general, the factual bases of the claims or defenses of Linda C. Tate that may benefit hi,.

Furthermore, Larry Donnell Reddic Sr. reserves the right to supplement and/or amend this discovery response, in accordance with the Texas Rules of Civil Procedure, with additional information and/or documentation, if any, as it becomes available.

4.     State the amount and any method of calculating economic damages.

Larry Donnell Reddic Sr. has incurred legal fees reasonable and necessary to prosecute and/or defend this suit. Attorney's fees will continue to accrue until the entry of final judgment in this matter. Copies of redacted statement will be made available for copying and inspection upon reasonable notice to Tina High Brumbelow at 210 S. Broadway, Suite #200, Tyler, TX 75702.

Larry Donnell Reddic Sr. said attorney's fees, court costs, and all other damages are within the jurisdictional limits of the court. The method of calculating these damages is based on the set fee for of the attorney, paralegal, or support staff multiplied by the house of work performed by the attorney, paralegal or support staff. Said fees continue to increase over time.

Further, Larry Donnell Reddic Sr. reserves the right to supplement and/or amend this discovery response, in accordance with the Texas Rules of Civil Procedure, with additional information and/or documentation, if any, as it becomes available.

5.     State the names, addresses, and telephone numbers of persons having knowledge of relevant facts, and give a brief statement of each identified person's connection with the case.

1.     Larry Donnell Reddic Sr.
    c/o:     Tina Brumbelow
             P.O. Box 7677
             Tyler, TX 75711
             (903) 533-1339

IN THE MATTER OF § IN THE DISTRICT COURT
THE MARRIAGE OF §
§
LINDA C.TATE § 321st JUDICIAL DISTRICT
AND §
LARRY REDDIC, SR. § TYLER COUNTY, TEXAS

## DISCOVERY INDEX
### MEDIATION

| No. | Pleading | Served | Response |
|-----|----------|--------|----------|
| 1. | MEDIATION NOTICE - FROM SINCLAR LAW OFFICES TO NATALIE FLETCHER AND TINA BRUMBELOW (5/9/2013 @ 8:00 AM) | 04/10/2013 | |
| 2. | DISPUTED ISSUES CHECKLIST | | 05/2013 |
| 3. | CONFIDENTIAL INFORMATION SHEET | | 05/2013 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7013 1710 0000 1673 1367

TYLER TX 75711

| | | |
|---|---|---|
| Postage | $ | $0.98 | 0712 |
| Certified Fee | $3.30 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | Motion for NO EVIDENCE |
| Total Postage & Fees | $ | $6.98 | 02/19/2014 |

Sent To
*Tina Brumbelow Law Office*
Street, Apt. No.; or PO Box No. *210 S. Broadway Ste. 200*
City, State, ZIP+4 *Tyler, TX 75711*

PS Form 3800, August 2006          See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7013 1710 0000 1673 1314

TYLER TX 75702

| | | |
|---|---|---|
| Postage | $ | $12.35 | 0712 |
| Certified Fee | $3.30 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark /EVIDENCE Here LCF |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $18.35 | 02/19/2014 |

Sent To
*Tina Brumbelow*
Street, Apt. No.; or PO Box No. *210 S. Broadway Ste. 200*
City, State, ZIP+4 *Tyler TX 75702*

PS Form 3800, August 2006          See Reverse for Instructions

Attorney received that was given to the courts on 1/8/14. She had all the evidence of continued exhibits day of Motion for No Evidence Summary Judgement. The same black binders the Court Clerk stated I gave to the courts. My daughter took pictures of my binders in her possession during Judgement.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *V. Roberts*
☐ Agent
☐ Addressee

B. Received by ( Printed Name ) *V. Roberts*
C. Date of Delivery *3-7-14*

1. Article Addressed to:

*Tina Brumbelow Law Office*
*210. S. Broadway Ste. 200*
*Tyler, Tx. 75702*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7013 1710 0000 1673 5286

PS Form 3811, February 2004 · Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name ) *E Baker*
C. Date of Delivery *2-20-14*

1. Article Addressed to:

*Tina Brumbelow Law Office*
*210 S. Broadway Ste. 200*
*Tyler, Tx. 75702*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7013 1710 0000 1673 1387

PS Form 3811, February 2004 · Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name ) *E Baker*
C. Date of Delivery *2-20-14*

1. Article Addressed to:

*Tina Brumbelow Law Office*
*210 . S. Broadway Ste. 200*
*Tyler, Tx. 75702*

*(evidence - cont. exhibits)*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7013 1710 0000 1673 1394

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

No. 12-1808-D

Linda C Tate-Reddic
16397 cr 363
Winona, TX 75792
(903)312-7446

Dear Ms. Brumbelow,

I am responding to your Motion for No Evidence Summary Judgment; and Order Settling Hearing on Motion for No Evidence Summary Judgment set for March 10, 2014 at 9:30a.m.

Very Truly Yours,

Linda Tate-Reddic

P.S. I have made several attempts to give you my evidence but you didn't show up for the second attempt mediation. You nor Ms. Fletcher showed nor had you ever scheduled for the mediation with Mr. Sinclaire according to him for December 18, 2013 at his office. The finalization of the mediation came after me filing with the courts. I attempted to give you my evidence the day of the pre-trial January 8, 2014. Your secretary stated that I couldn't just bring it, but she would have to get your approval first. After waiting on your call, I went ahead and filed my evidence with the court.

Linda C. Tate-Reddie
16397 CR 363
Winona, TC. 75792
903-312-7446

Dear Ms. Brumbelow

I am responding to your Motion for No Evidence Summary Judgement; and Order Setting Hearing on Motion for No Evidence Summary Judgement set for March 10, 2014 at 9:30 a.m.

Very truly yours

Linda Tate-Reddie

P.S. I have made several attempts to give you my evidence but you didn't show up for the second attempt mediation. You nor Ms. Fletcher showed nor had you even scheduled for the mediation with Mr. Sinclaire according to him for Dec. 18, 2013 at his office. The finalization of the mediation came after me filing with the courts.

I attempted to give you my evidence was the day of the pre-trial Jan. 8, 2014. Your secretary stated that I couldn't just bring it she would have to get your approval so I filed my evidence with the court after waiting on your call

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Tina Brumbelow-High
210 S. Broadway Ste. 200
Tyler, Tx. 75702

1) NOTICE OF Appeal  2) AFF. EVIDENCE
3) AFF. INDIGENCY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                7/9

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail®     ☐ Priority Mail Express™
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number          7013 2630 0000 4404 9135
   (Transfer from service label)

PS Form 3811, July 2013          Domestic Return Receipt

| No. | Type of Document | Post-It Notations |
|---|---|---|
| | | later become an issue. |
| 236. | Binder (black) – Linda C. Tate-Reddic (Plaintiff) – Continuous of Exhibits | •Mrs. Reddic filed a bunch of exhibits in with her "Judgment Entry Decree of Divorce)—Sara (was on this morning's docket 01/08/2014) |
| 237. | Oral Deposition of Linda Tate July 16, 2013 Volume I of II | • Lotsa post-it notes |
| 238. | Oral Deposition of Linda Tate July 17, 2013 Volume II of II | • |
| 239. | Oral Deposition of Larry Reddic July 17, 2013 Volume I of I | • Deposition summary |

Discovery Document Index
prepared by the Allen Law Firm

BILLING DATE (MM/DD/YY): 03/08/03
SEQUENCE NUMBER: 0095021624
CASE NUMBER: 4568814451
CAUSE NUMBER: 972731D
MEMBER ID: 02855158



**Office of the Attorney General**
**State of Texas**
**Child Support Division**
# GREG ABBOTT
Attorney General

NCP 0095021624  030803 0000570 00194606

Il..l.l.l.l..ll.l...l.l.l.l.l..l...lll..ll.l.l..l..l.l..ll

LARRY REDDIC
16397 COUNTY RD 363
WINONA, TX 75792-5717

---

**The following are your child support obligations:**

CHILD SUPPORT PAYMENT PLAN 1                                    MONTHLY

Pay this amount for April: $420.00

| | MESSAGES | | |
|---|---|---|---|
| TOTAL PRINCIPAL | TOTAL INTEREST | TOTAL ARREARS | FUTUREPAY AMOUNT |
| $801.25 | + $0.00 | = $801.25 | $0.00 |

YOU ARE RESPONSIBLE FOR REMITTING YOUR CHILD SUPPORT
PAYMENT UNTIL YOUR EMPLOYER BEGINS WITHHOLDING.
BILLING STATEMENTS WILL NOW REFLECT INTEREST OWED IF YOU
EVER HAD A PAST DUE BALANCE.
STATE LAW PROVIDES THAT INTEREST IS OWED WHENEVER ANY CHILD
SUPPORT PAYMENT IS OVER 30 DAYS LATE.
ALL PAYMENTS DUE AFTER SEPTEMBER 1, 1991 WILL ACCRUE
INTEREST IF NOT PAID ON TIME.
IF YOU HAVE ANY QUESTIONS REGARDING THE AMOUNT OF PRINCIPAL,
INTEREST OR ARREARS OWED, PLEASE CONTACT THE OFFICE OF THE
ATTORNEY GENERAL AT 1-800-252-8014 OR YOUR LOCAL CHILD
SUPPORT UNIT.




# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 11-02-2012 |
| Response Date: | 11-02-2012 |
| Tracking Number: | 100147669809 |

FORM NUMBER:    1040

TAX PERIOD:    Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER:    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

SPOUSE TAXPAYER IDENTIFICATION NUMBER:    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

LARRY D REDDIC & LINDA C TATE

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Sep. 03, 2007 |
| ACCRUED PENALTY: | 0.00 | AS OF: Sep. 03, 2007 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 05 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 49,538.00 |
| TAXABLE INCOME: | 32,688.00 |
| TAX PER RETURN: | 3,212.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Apr. 15, 2003 |
| PROCESSING DATE | May 26, 2003 |

TRANSACTIONS

CODE EXPLANATION OF TRANSACTION        CYCLE    DATE        AMOUNT

| 150 | Tax return filed | 20032008 05-26-2003 | $4,112.00 |
| n/a | 18221-082-81104-3 | | |
| 806 | W-2 or 1099 withholding | 04-15-2003 | -$7,673.00 |
| 846 | Refund issued | 05-26-2003 | $3,561.00 |

This Product Contains Sensitive Taxpayer Data

CWA0093

Form W-2 Wage and Tax Statement 2002

a Control number 0006428

c Employer's name, address, and ZIP code
DEPARTMENT OF PUBLIC SAFETY
5805 NORTH LAMAR BLVD.
AUSTIN TX 78752
00405

b Employer identification number 74-6000130
d Employee's social security number 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

e Employee's name, address, and ZIP code
871100000
16397 LARRY D. REDDIC
1197 CR 363
WINONA

TX 75792

Employer's state ID no. TX 75792

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 41803.79 | 7396.56 |
| 3 Social security wages | 4 Social security tax withheld |
| 46671.06 | 2893.61 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 46671.06 | 676.73 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 13 | 14 Other |
| 15 State | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

| 12b | D | 1891.15 |
| 12c | C | 13.80 |

COPY 2 To Be Filed With Employee's State, City, or Local Income Tax Return

Dept. of the Treasury - IRS

Form W-2 Wage and Tax Statement 2002

a Control number 0006428

c Employer's name, address, and ZIP code
DEPARTMENT OF PUBLIC SAFETY
5805 NORTH LAMAR BLVD.
AUSTIN TX 78752
00405

Employer's state ID no. TX 75792

Handwritten: DPS W-2 — Winona address + apartment since 96-2010 · Married 2001

# 1040 U.S. Individual Income Tax Return 2002 (99)

Department of the Treasury—Internal Revenue Service

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2002, or other tax year beginning , 2002, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)

Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| LARRY D | REDDIC | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| LINDA C | TATE | 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 |

Home address (number and street). If you have a P.O. box, see instructions. PO BOX 130040 Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. TYLER TX 75713

▲ **Important!** ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See instructions.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

You: ☐ Yes ☒ No   Spouse: ☐ Yes ☒ No

## Filing Status

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instr.) If qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instrs.)

## Exemptions

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b ☒ Spouse

If more than five dependents, see instructions.

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) X if qualifying child for child tax credit (see instr.) |
|---|---|---|---|
| SHALINDRIA TATE | 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 | Daughter | |
| KIRBY TATE | 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 | Son | |
| LAVASIO TATE | 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 | Son | |
| | | | |
| | | | |

No. of boxes checked on 6a and 6b: **2**

No. of children on 6c who:
• lived with you: **2**
• did not live with you due to divorce or separation (see instructions):
Dependents on 6c not entered above: **1**

Add numbers on lines above ▶ **5**

d Total number of exemptions claimed

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 49,538 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | 0 |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount (see instructions) | 15b | 0 |
| 16a | Pensions and annuities | 16a 0 | b Taxable amount (see instructions) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | 0 |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount (see instructions) | 20b | |
| 21 | Other income. List type and amount (see instructions) | 21 | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 49,538 |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | 0 |
| 24 | IRA deduction (see instructions) | 24 | 0 |
| 25 | Student loan interest deduction (see instructions) | 25 | |
| 26 | Tuition and fees deduction (see instructions) | 26 | 0 |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | 0 |
| 28 | Moving expenses. Attach Form 3903 | 28 | 0 |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | 0 |
| 30 | Self-employed health insurance deduction (see instructions) | 30 | 0 |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | 0 |
| 32 | Penalty on early withdrawal of savings | 32 | 0 |
| 33a | Alimony paid  b Recipient's SSN ▶ | 33a | |
| 34 | Add lines 23 through 33a | 34 | 0 |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income | | 49,538 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

*Tate-Reddic*

Form **1040** (2002)

EXHIBIT NO. 10

CWA0094

FILED
LOIS ROGERS
DISTRICT CLERK



2013 AUG -6 PM 4: 02

SMITH COUNTY, TEXAS

BY_____
DEPUTY

**NO. 12-1808-D**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| LINDA C. TATE-REDDIC | § | 321ST JUDICIAL DISTRICT |
| AND | § | |
| LARRY REDDIC, SR. | § | SMITH COUNTY, TEXAS |

## JOINT MOTION FOR CONTINUANCE

This Motion for Continuance is brought by Linda C. Tate-Reddic, Petitioner, and Larry Reddic, Sr., Respondent, who show in support:

1.   This case is set for trial on August 20, 2013.

2.   The parties and attorneys attended a mediation on May 09, 2013 with Beau Sinclair as mediator. The mediation was halted to allow the parties time to gather more information and to schedule depositions.

3.   The depositions have been completed and the parties are ready to resume the mediation.

4.   This continuance is not sought solely for delay but that justice may be done.

Linda C. Tate-Reddic and Larry Reddic, Sr. pray that the Court grant the Motion for Continuance.

NATALIE FLETCHER
731 S. Vine Avenue
Tyler, TX 75701
Tel: (903) 592-0055
Fax: (903) 592-6677

By: _____

Natalie Fletcher
State Bar No. 24058362
Attorney for Petitioner

Signed on __8/6/13__

TINA HIGH BRUMBELOW
P.O. Box 7677
Tyler, TX 75711
Tel: (903) 533-1339
Fax: (903) 592-6684

By: _____

Tina High Brumbelow
State Bar No. 24031890
Attorney for Respondent

Signed on __8/6/13__

I, the undersigned attorney of record, swear under oath that the above Motion for

Continuance is true and correct.



_____

Natalie Fletcher
Attorney for Linda C. Tate-Reddic

SIGNED under oath before me on __8/6/13__.

_____

Notary Public, State of Texas

I, the undersigned attorney of record, swear under oath that the above Motion for

Continuance is true and correct.

_(signature)_

Tina High Brumbelow
Attorney for Larry Reddic, Sr.

SIGNED under oath before me on __8/6/13__.

_(signature)_

Notary Public, State of Texas

